UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LUCAS SIROIS | No.   1:25-mj-00368-JCN |

**JOINT MOTION FOR EXTENSION OF TIME TO INDICT**

The United States of America and Defendant Lucas Sirois, through their respective undersigned counsel, hereby move that the Court enter an order under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), excluding the time that elapses between December 11, 2025, and January 9, 2026, from calculation of the deadlines set forth in the Act and extending the date by which this matter must be indicted.  In support of this Motion, the parties state the following:

On October 31, 2025, the Defendant, Lucas Sirois, was arrested.  (Dkt. # 5.)  On November 3, 2025, the Court held an initial appearance on the complaint in this matter.  (*Id.*)  On November 10, 2025, the parties filed a Joint Motion for Extension of Time to Indict, seeking to exclude the time from November 10, 2025, to December 11, 2025.  (Dkt. # 18.)  On November 10, 2025, the Court issued a Speedy Trial Order, excluding that time.  (Dkt. #19.)  In the absence of a speedy trial exclusion, the Government would be required to present this case to the next Grand Jury scheduled in December 2025.  The parties wish to have additional time to explore the potential for a pre-indictment resolution of this case.  Also, the Government is in the process of providing counsel for the Defendant with pre-indictment discovery.  The parties require additional time to conduct this work.

1

The Defendant, through counsel, waives his right to a speedy indictment and agrees that the time between December 11, 2025, and January 9, 2026, should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), from calculation of the deadlines set forth in the Act, and waives his rights under the Act for that requested period of exclusion.

The interest of justice to be served by the requested exclusion of time outweigh the interest of the defendant and the public in a speedy trial because the charges herein are serious and the potential to resolve the case pre-indictment would promote a speedy and certain outcome of the case.

WHEREFORE, the parties respectfully request that the Court enter an Order excluding the period of time between December 11, 2025, and January 9, 2026, from calculation under the provisions of the Speedy Trial Act.

Respectfully submitted,

Date:  December 4, 2025                ANDREW B. BENSON
                                       UNITED STATES ATTORNEY

                                       BY: */s/ Alisa Ross*
                                       Alisa Ross
                                       Assistant United States Attorney
                                       United States Attorney's Office
                                       202 Harlow Street, Room 111
                                       Bangor, ME  04401
                                       (207) 945-0373
                                       Alisa.Ross@usdoj.gov

Date:  December 4, 2025                */s/ Eric D. Postow, Esq.*
                                       Eric D. Postow, Esq.
                                       Attorney for Defendant

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 4, 2025, I electronically filed the Joint Motion for Extension of Time to Indict with the Clerk of Court using the CM/ECF system, which will send notification of such filing(s) to the following:

  Eric D. Postow, Esq.
  Jason Ehrenberg, Esq.
  Kenneth Fredette, Esq.
  Mark Dion, Esq.
  Counsel for the Defendant

                                      ANDREW B. BENSON
                                      United States Attorney

                           BY: ***/s/ Alisa Ross***
                                      Alisa Ross
                                      Assistant U.S. Attorney
                                      United States Attorney's Office
                                      202 Harlow Street, Suite 111
                                      Bangor, ME 04401
                                      (207) 945-0373
                                      Alisa.Ross@usdoj.gov